# IN THE SUPREME COURT OF PENNSYLVANIA

OFFICE OF DISCIPLINARY COUNSEL,  :  No. 2162 Disciplinary Docket No. 3
             Petitioner  :
               :
          v.  :  No. 66 DB 2015
               :
               :
LAWRENCE J. ROBERTS,  :  Attorney Registration No. 17492
             Respondent  :  (Montgomery County)

## O R D E R

**PER CURIAM:**

AND NOW, this 6th day of May, 2015, there having been filed with this Court by Lawrence J. Roberts his verified Statement of Resignation dated April 20, 2015, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Pa.R.D.E. 215, it is

ORDERED that the resignation of Lawrence J. Roberts is accepted; he is disbarred on consent from the Bar of the Commonwealth of Pennsylvania; and he shall comply with the provisions of Pa.R.D.E. 217. Respondent shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).